UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 94-cr-527-L |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS INFORMATION AND WITHDRAW ARREST WARRANT |
| DEMETRIOUS L. BRADLEY, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the information in the above-captioned case is dismissed without prejudice as to the above-captioned defendant, and the arrest warrant be withdrawn.

DATED: October 19, 2011

_____
M. James Lorenz
United States District Court Judge